UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BATSON,<br><br>            Plaintiff,<br><br>     v.<br><br>L-3 COMMUNICATIONS GROUP HEALTH PLAN FOR ACTIVE PARTICIPANTS (501), et al.,<br><br>            Defendants. | Case No. 16-cv-01707-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING MEDIATION DEADLINE** |

Upon review of the parties' joint case management conference statement (Dkt. No. 26), the case management conference scheduled for July 28, 2016 is continued to November 3, 2016 at 1:30 p.m.  The parties shall complete mediation through the Court's ADR program by September 30, 2016 if they are unable to settle the case on their own.  The Court will set a summary judgment briefing schedule at the November 3 case management conference.

**IT IS SO ORDERED.**

Dated: July 26, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge